DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN J. KANIADAKIS, ) <br> ) <br> Defendant. ) <br> ) | No. 3:99-cr-0077 <br><br> **SUBSTITUTION OF COUNSEL** |

      COMES NOW the United States Attorney's Office, by and through Karen L. Loeffler, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

      All further pleadings and correspondence, etc. shall be sent to the following address:

Karen L. Loeffler
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

RESPECTFULLY SUBMITTED on this 3rd day of April, 2006, in

Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Karen L. Loeffler
>KAREN L. LOEFFLER
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: karen.loeffler@usdoj.gov