MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Kaniadakis*
Case No. 3:99-cr-00077-JKS

By:　　　　　　　THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:　　Dan Maus, Case Management: 677-6123*

PROCEEDINGS:　　ORDER FROM CHAMBERS

　　　　Jurisdiction in the above-referenced case is being transferred to the Middle District of Florida. Therefore, the summons issued at Docket No. 241 requiring the Defendant's presence in this District on May 8, 2006, is **QUASHED**.

　　　　**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: April 21, 2006

*　ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.