| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* A99-0077-01 CR (JKS) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 8:06cr159-T24 EAJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Steven J. Kaniadakis Middle District of Florida | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable James K. Singleton, Sr. U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 23, 2004 — TO November 22, 2007 |

OFFENSE

Mail Fraud, Health Care Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-21-06
*Date*                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-15-2006
*Effective Date*                                *United States District Judge*