

# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska    99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A99-077CR(JKS)** Original Writ of Execution

Date:  August 2, 2007

*RECEIVED*
*AUG 0 2 2007*
*CLERK, U.S. DISTRICT COURT*
*ANCHORAGE, A.K.*

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

                                Linda M. Klemm
                                Civil Administrator/
                                Purchasing Agent

LODGED
JUN 2 7 2005

TIMOTHY M. BURGESS
United States Attorney

ORIGINAL

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A99-077 CR(JKS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | WRIT OF EXECUTION ON PERMANENT |
| ) | FUND DIVIDEND |
| STEVEN J. KANIADAKIS, ) | |
| SS#: **REDACTED** ) | |
| DOB: November 14, 1956 ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On June 20, 2000, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against STEVEN J. KANIADAKIS as judgment debtor, for

$0.00            criminal fines

$100,821.65      restitution

$5,800.00        special assessments

$106,621.65      JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00        late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$31,419.15   accrued interest, and

$34.00       accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$5,800.00 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$132,274.80 ACTUALLY DUE on May 26, 2005, of which $100,821.65 is due on the judgment as entered and bears interest at the rate of 6.375% per annum in the amount of:

$17.61 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 29 day of June, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

By: **REDACTED SIGNATURE**
Deputy Clerk